# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| JOSEPH GUGLIELMO, | : | Case No. 3:17-cv-6 |
| --- | --- | --- |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| MONTGOMERY COUNTY, OHIO AND THE MONTGOMERY COUNTY BOARD OF COMMISSIONERS, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court following a teleconference and in court hearing and upon Montgomery County Defendants' Motion for Extension of Time (Doc. #35); Plaintiff's Motion to Strike (Doc. #39); Defendants' Response (Doc. #45); and the record as a whole.

The Court hereby GRANTS, in part, Montgomery County Defendants' Motion for Extension of Time (Doc. #35) and ORDERS this matter to proceed as follows:

1. Deposition cut off: **March 15, 2018**

2. Dates to reveal the identity of expert witnesses and to provide a copy of the expert's report [Rule 26(a)(2)(B)] or the subject matter and summary of facts and opinions for experts not required to prepare reports [Rule 26(a)(2)(c)] are:

    Plaintiff Primary Expert Designations: **April 13, 2018**

    Defendant Primary Expert Designations: **April 13, 2018**

| | |
|---|---|
| Plaintiff Rebuttal Expert Designations: | **May 11, 2018** |
| Defendant Rebuttal Expert Designations: | **May 11, 2018** |

3. Discovery cut off: **May 28, 2018**

4. Cut-off date for filing summary judgment motions: **June 14, 2018**

The remainder of the schedule is unaffected.

In the event of further discovery disputes, the parties shall contact United States Magistrate Judge Ovington's Chambers to request an informal discovery conference pursuant to S.D. Ohio Civ. R. 37.1.

## IT IS THEREFORE ORDERED THAT:

1. The parties shall file a joint discovery plan on or before November 30, 2017;

2. Montgomery County Defendants' Motion for Extension of Time (Doc. #35) is GRANTED, in part, and DENIED, in part;

3. Plaintiff's Motion to Strike (Doc. #39) is DENIED; and

4. Montgomery County Defendants' Motion for Protective Order (Doc. #46) is DENIED as moot.

November 17, 2017
 *s/Sharon L. Ovington*
 Sharon L. Ovington
 United States Magistrate Judge