UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOSEPH GUGLIELMO, | : | Case No. 3:17-cv-6 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| MONTGOMERY COUNTY, OHIO and MONTGOMERY COUNTY BOARD OF COMMISSIONERS, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Sharon L. Ovington (Doc. #52), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on December 4, 2017 (Doc. #52) is ADOPTED in full; and

2. NaphCare Defendants' Motion to Dismiss Third Party Complaint (Doc. #30) is GRANTED.

   **IT IS SO ORDERED.**

December 20, 2017                                                          *s/Thomas M. Rose
                                                                          Thomas M. Rose
                                                                          United States District Judge