# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOSEPH GUGLIELMO, | : | Case No. 3:17-cv-6 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY, OHIO, and | : | |
| the MONTGOMERY COUNTY BOARD | : | |
| OF COMMISSIONERS, et al., | : | |
| | : | |
| Defendants. | : | |

_____

### ENTRY AND ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 120) AND PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL (DOC. 133)
_____

This case is before the Court on Defendants' Motion for Leave to File Under Seal Certain Exhibits to Defendants' Motion for Summary Judgment (Doc. 120) and Plaintiff's Motion for Leave to File Exhibits Under Seal (Doc. 133). Defendants, in support of their Motion for Summary Judgment, seek to file under seal deposition excerpts and exhibits containing Plaintiff's private medical information. Plaintiff, in support of his Memorandum in Opposition to the Motion for Summary Judgment, seeks to file under seal four photographs of the inside of the Montgomery County Jail due to security concerns. Defendants and Plaintiff have come forward with compelling reasons justifying their requests to seal these documents and photographs. Moreover, their requests are narrowly tailored to serve those reasons. **WHEREFORE**, the Court hereby

**GRANTS** Defendants' Motion for Leave to File Under Seal Certain Exhibits to Defendants' Motion for Summary Judgment (Doc. 120) and Plaintiff's Motion for Leave to File Exhibits Under Seal (Doc. 133).

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, July 12, 2018.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE