## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **JOSEPH GUGLIELMO** | : | Case No. 3:17-cv-00006 |
| Plaintiff, | : | |
| | | JUDGE THOMAS M. ROSE |
| v. | : | Magistrate Judge Sharon L. Ovington |
| | | |
| **MONTGOMERY COUNTY, OHIO** | : | |
| **and the MONTGOMERY COUNTY** | | |
| **BOARD OF COMMISSIONERS, et al.,** | : | **NOTICE OF CHANGE OF** |
| | | **COUNSEL'S FIRM NAME** |
| Defendants. | : | |

NOW COMES Nathan J. Stuckey, co-counsel for the Plaintiff herein, and respectfully provides notice to this Honorable Court of said counsel's firm name change effective November 1, 2018, as follows:

> **THE STUCKEY FIRM, LLC**
> 735 N. Limestone St.
> Springfield, OH 45503
> T:  937-346-8000
> F:  937-717-0070
> nstuckey@legalspringfield.com

Respectfully submitted,

/s/ Nathan J. Stuckey
Nathan J. Stuckey (0086789)
THE STUCKEY FIRM, LLC
735 N. Limestone St.
Springfield, OH 45503
T: 937-346-8000
F: 937-717-0070
nstuckey@legalspringfield.com
*Co-Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served by the USDC ECF electronic filing system to all parties of records on the date of filing.

                /s/ Nathan J. Stuckey
                Nathan J. Stuckey (0086789)
                *Attorney for Plaintiff*