IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSEPH GUGLIELMO,

    Plaintiff

-vs-

MONTGOMERY COUNTY, OHIO and the
MONTGOMERY COUNTY BOARD OF
COMMISSIONERS, et al.,

    Defendants

Case No. 3:17-cv-00006

Judge Thomas M. Rose
Magistrate Judge Sharon Ovington

## ENTRY AND ORDER

In the Proposed Joint Final Pretrial Order, the parties ask about "the Court's practice concerning remote and video testimony." (Doc. 165 at PAGEID#5201) If the parties plan to present live testimony by video from a remote location, then the Court will address the procedures and requirements for presenting such remote testimony at the Final Pretrial Conference that is scheduled for June 6, 2019. If the parties plan to present deposition testimony, including video, then the Court directs the parties' attention to General Order No. Day 12-01 at 3.2.2 ("Depositions") regarding the Court's requirements to present testimony.

*s/Thomas M. Rose

Judge Thomas M. Rose

Date: May 15, 2019