# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH GUGLIELMO | : | Case No. 3:17-cv-6 |
| Plaintiff, | : | |
| | : | Judge Thomas M. Rose |
| vs. | : | |
| | : | |
| MONTGOMERY COUNTY, OHIO and | : | |
| THE MONTGOMERY COUNTY BOARD | : | |
| OF COMMISSIONERS, et al., | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION FOR DESIGNATION AS TRIAL ATTORNEY

Defendants, Montgomery County, Ohio and the Montgomery County Board of Commissioners, Sherriff Phil Plummer, Matthew Snyder, Zachary Zink, Matthew Sears, David Cohn, Brandon Ort, and Benjamin Cooper, by and through undersigned counsel, request that the Court designate PAUL D. KREPPS, ESQUIRE and ESTELLE K. McGRATH, ESQUIRE as trial attorneys in the trial of the above matter, averring in support thereof as follows:

1. Paul D. Krepps and Estelle K. McGrath were admitted, Pro Hac Vice, as counsel and co-counsel in the above matter by the Court.

2. Currently, Keith Hansbrough, Esquire is designated as Trial Attorney in this matter.

3. Pursuant to General Order Number Day 12-01, Section 1(4) in the Court's discretion, "…attorneys admitted Pro Hac Vice may, on motion, also be designated as the 'trial attorney' for a party."

4. Paul D. Krepps is an active member of Federal Courts in the Western District of Pennsylvania, the Northern and Southern Districts of West Virginia and the Northern District of Ohio.

5. Estelle K. McGrath is admitted in the United States District Court for the Western District of Pennsylvania and in the Northern and Southern Districts of West Virginia.

6. Paul D. Krepps and Estelle K. McGrath are in the same law firm as undersigned counsel, and this request to substitute Paul D. Krepps and Estelle K. McGrath for the undersigned counsel is made with the client's knowledge and consent.

7. Therefore, it is respectfully requested that the Court permit Paul D. Krepps and Estelle K. McGrath be designated as trial attorney in the trial of this matter.

WHEREFORE, Defendants, Montgomery County, Ohio and the Montgomery County Board of Commissioners, Sherriff Phil Plummer, Matthew Snyder, Zachary Zink, Matthew Sears, David Cohn, Brandon Ort, and Benjamin Cooper, respectfully request that the Court enter an Order consistent with the proposed Order filed contemporaneously with the within Motion.

Respectfully submitted,

MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
By: /s/ Keith Hansbrough
KEITH HANSBROUGH (0072671)
JILLIAN L. DINEHART (0086993)
127 Public Square, Suite 3510
Cleveland, Ohio 44114
Phone:  216.912.3800
Email:  kkhansbrough@mdwcg.com
        jldinehart@mdwcg.com

and

PAUL D. KREPPS (Admitted Pro Hac Vice)
ESTELLE K. MCGRATH (Admitted Pro Hac Vice)
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
Phone: (412) 803-1140
Email:  pdkrepps@mdwcg.com

and

2

        DAVID E. WILLIAMSON (0071270)
        312 Elm Street, Suite 1850
        Cincinnati, OH  45202
        Email:  dewilliamson@mdwcg.com

        *Counsel for Defendants, Montgomery County, Ohio and the Montgomery County Board of Commissioners, Sherriff Phil Plummer, Matthew Snyder, Zachary Zink, Matthew Sears, David Cohn, Brandon Ort, and Benjamin Cooper*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 22, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


        MARSHALL DENNEHEY WARNER
        COLEMAN & GOGGIN

        By: */s/ Keith Hansbrough*
        KEITH HANSBROUGH (0072671)
        *Counsel for Defendants, Montgomery County, Ohio and the Montgomery County Board of Commissioners, Sherriff Phil Plummer, Matthew Snyder, Zachary Zink, Matthew Sears, David Cohn, Brandon Ort, and Benjamin Cooper*