# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH GUGLIELMO | : | Case No. 3:17-cv-6 |
| Plaintiff, | : | |
| | : | Judge Thomas M. Rose |
| vs. | : | |
| | : | |
| MONTGOMERY COUNTY, OHIO and THE MONTGOMERY COUNTY BOARD OF COMMISSIONERS, et al., | : | |
| Defendants. | : | |

## MOTION FOR ADMISSION PRO HAC VICE OF JONATHAN D. WEISS

In accordance with Southern District of Ohio Local Rule 83.3(e), DAVID E. WILLIAMSON, co-counsel for Defendants, Montgomery County, Ohio and the Montgomery County Board of Commissioners, Sherriff Phil Plummer, Matthew Snyder, Zachary Zink, Matthew Sears, David Cohn, Brandon Ort, and Benjamin Cooper, in this action, hereby moves the court to admit JONATHAN D. WEISS, *pro hac vice* to appear and participate as counsel or co-counsel in this case for the above-named Defendants.

Movant represents that JONATHAN D. WEISS, is a member in good standing of the highest court of the Commonwealth of Pennsylvania.  A Certificate of Good Standing from that court has been requested, and that Certificate will be submitted as a supplement to this Motion as soon as it is received from that Court.

LEGAL/122927142.v1

Movant also represents that JONATHAN D. WEISS is not eligible to become a member of the permanent bar of this Court.

This Motion is accompanied by the required $200.00 fee.

JONATHAN D. WEISS understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

JONATHAN D. WEISS's relevant identifying information is as follows:

**Business telephone:** **(215) 575-2815**     **Business Fax:** **(215) 575-0856**

**Business address:**  **Marshall, Dennehey, Warner, Coleman & Goggin**
**2000 Market Street**
**Suite 2300**
**Philadelphia, PA  19103**

**Business e-mail address:**     **jdweiss@mdwcg.com**

Respectfully submitted,

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

*/s/ David E. Williamson*
DAVID E. WILLIAMSON (0071270)
312 Elm Street, Suite 1850
Cincinnati, OH  45202
Phone:  (513) 372-6816
Fax:  (513) 372-6801
Email:  dewilliamson@mdwcg.com

PAUL D. KREPPS (Admitted Pro Hac Vice)
ESTELLE K. MCGRATH (Admitted Pro Hac Vice)
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
Phone: (412) 803-1140
Email:  pdkrepps@mdwcg.com
            ekmcgrath@mdwcg.com

JILLIAN L. DINEHART (0086993)
127 Public Square, Suite 3510
Cleveland, Ohio 44114
Phone:  216.912.3800
Email:  kkhansbrough@mdwcg.com
jldinehart@mdwcg.com

*Counsel for Defendants, Montgomery County, Ohio and the Montgomery County Board of Commissioners, Sherriff Phil Plummer, Matthew Snyder, Zachary Zink, Matthew Sears, David Cohn, Brandon Ort, and Benjamin Cooper*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2019, a copy of the foregoing was filed electronically with the Clerk, which will give Notice of such filing to all parties by operation of the Court's CM/ECF system.

*/s/ David E. Williamson*
DAVID E. WILLIAMSON (0071270)

3